UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-60022

**Case Name** 2018In re: Michael G. Kasolas v. Aurora Capital Advisors, et al

Hearing Location (*city*) San Francisco, CA

Your Name Paul A. Rovella

List the sitting dates for the two sitting months you were asked to review:

April 1-5; and April 8-12; May 13-17

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Paul A. Rovella     **Date** December 6, 2023

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                                                  *New 12/01/2018*